# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-29775 |
| | § | |
| JESSICA MARIE CARR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,045.98 |
| Total Distributions to Claimants: | $2,278.93 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $834.60 | | |

3)    Total gross receipts of $5,506.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,392.47 (see **Exhibit 2**), yielded net receipts of $3,113.53 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $834.60 | $834.60 | $834.60 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $25,937.00 | $2,267.40 | $2,267.40 | $2,278.93 |
| **Total Disbursements** | $25,937.00 | $3,102.00 | $3,102.00 | $3,113.53 |

   4). This case was originally filed under chapter 7 on 08/31/2015. The case was pending for 20 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 04/04/2017          By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled Income Tax Refund | 1224-000 | $5,506.00 |
| **TOTAL GROSS RECEIPTS** | | $5,506.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JESSICA CARR | Exemptions | 8100-002 | $1,816.98 |
| JESSICA MARIE CARR | Surplus Funds | 8200-002 | $575.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,392.47 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $778.38 | $778.38 | $778.38 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.42 | $18.42 | $18.42 |
| Green Bank | 2600-000 | NA | $37.80 | $37.80 | $37.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $834.60 | $834.60 | $834.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Jefferson Capital | 7100-900 | $117.00 | $117.98 | $117.98 | $117.98 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | Systems LLC | | | | | |
| 2 | City of Chicago Department of Finance | 7200-000 | $1,540.00 | $1,519.85 | $1,519.85 | $1,519.85 |
| 3 | Commonwealth Edison Company | 7200-000 | $459.00 | $629.57 | $629.57 | $629.57 |
|   | City of Chicago Department of Finance | 7990-000 | $0.00 | $0.00 | $0.00 | $7.73 |
|   | Commonwealth Edison Company | 7990-000 | $0.00 | $0.00 | $0.00 | $3.20 |
|   | Jefferson Capital Systems LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $0.60 |
|   | Ameriloan | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|   | Central Credit Services | 7100-000 | $806.00 | $0.00 | $0.00 | $0.00 |
|   | Chase Bank | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|   | City of Chicago | 7100-000 | $8,785.00 | $0.00 | $0.00 | $0.00 |
|   | Commonwealth Finance | 7100-000 | $806.00 | $0.00 | $0.00 | $0.00 |
|   | Contract Callers, Inc. | 7100-000 | $630.00 | $0.00 | $0.00 | $0.00 |
|   | Guaranty Bank | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
|   | Metropolitan Auto Lending | 7100-000 | $4,899.00 | $0.00 | $0.00 | $0.00 |
|   | MSCI | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|   | National Account Service | 7100-000 | $191.00 | $0.00 | $0.00 | $0.00 |
|   | NJ Higher Education | 7100-000 | $3,939.00 | $0.00 | $0.00 | $0.00 |
|   | Northwest Collectors | 7100-000 | $207.00 | $0.00 | $0.00 | $0.00 |
|   | Peoples Energy | 7100-000 | $682.00 | $0.00 | $0.00 | $0.00 |
|   | Pinnacle Credit Service | 7100-000 | $806.00 | $0.00 | $0.00 | $0.00 |
|   | Secretary of State | 7100-000 | $70.00 | $0.00 | $0.00 | $0.00 |
|   | US Bank | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|   | US Cellular | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,937.00 | $2,267.40 | $2,267.40 | $2,278.93 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 15-29775 | | Trustee Name: | David Leibowitz |
| Case Name: | CARR, JESSICA MARIE | | Date Filed (f) or Converted (c): | 08/31/2015 (f) |
| For the Period Ending: | 4/4/2017 | | §341(a) Meeting Date: | 10/19/2015 |
| | | | Claims Bar Date: | 06/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Unscheduled Income Tax Refund  (u) | $0.00 | $3,689.02 | | $5,506.00 | FA |
| **Asset Notes:** $1816.98 is Debtor's pro-rated portion of 2015 tax refund. | | | | | |
| 2  Clothing/Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 3  Household goods & furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  SNAP/Food Stamp benefits (monthly) | $387.00 | $0.00 | | $0.00 | FA |
| 5  TANF (Cash Assistance/Public - monthly) | $342.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                              **Gross Value of Remaining Assets**
                          $2,229.00       $3,689.02              $5,506.00                      $0.00

**Major Activities affecting case closing:**

06/29/2016   2016 Reporting Period:
             Asset Case - Intercepted 2015 tax refund

             Claims Bar Date: 6/20/16
             Claims to be reviewed, then case will be ready for TFR

Initial Projected Date Of Final Report (TFR):   01/31/2017      Current Projected Date Of Final Report (TFR):   01/31/2017      /s/ DAVID LEIBOWITZ
                                                                                                                                DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-29775 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CARR, JESSICA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1671 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Carr, Jessica |
| For Period Beginning: | 8/31/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | | United States Treasury | Income Tax Refund | * | $5,506.00 | | $5,506.00 |
| | {1} | | Estate's Share $3,689.02 | 1224-000 | | | $5,506.00 |
| | {1} | | Debtor's share $1,816.98 | 1224-002 | | | $5,506.00 |
| 03/24/2016 | 3001 | JESSICA CARR | Non Estate portion of Income Tax Refund | 8100-003 | | $1,816.98 | $3,689.02 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.29 | $3,684.73 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.87 | $3,675.86 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.57 | $3,667.29 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.56 | $3,658.73 |
| 07/06/2016 | 3001 | JESSICA CARR | reissue to new address | 8100-003 | | ($1,816.98) | $5,475.71 |
| 07/06/2016 | 3002 | JESSICA CARR | non estate portion of income tax refund | 8100-002 | | $1,816.98 | $3,658.73 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.51 | $3,651.22 |
| 03/01/2017 | 3003 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $778.38 | $2,872.84 |
| 03/01/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.42 | $2,854.42 |
| 03/01/2017 | 3005 | Jefferson Capital Systems LLC | Claim #: 1; Amount Claimed: 117.98; Distribution Dividend: 100.00; | * | | $118.58 | $2,735.84 |
| | | | Claim Amount $(117.98) | 7100-900 | | | $2,735.84 |
| | | | Interest $(0.60) | 7990-000 | | | $2,735.84 |
| 03/01/2017 | 3006 | City of Chicago Department of Finance | Claim #: 2; Amount Claimed: 1,519.85; Distribution Dividend: 100.00; | * | | $1,527.58 | $1,208.26 |
| | | | Claim Amount $(1,519.85) | 7200-000 | | | $1,208.26 |
| | | | Interest $(7.73) | 7990-000 | | | $1,208.26 |
| 03/01/2017 | 3007 | Commonwealth Edison Company | Claim #: 3; Amount Claimed: 629.57; Distribution Dividend: 100.00; | * | | $632.77 | $575.49 |
| | | | Claim Amount $(629.57) | 7200-000 | | | $575.49 |
| | | | Interest $(3.20) | 7990-000 | | | $575.49 |
| 03/01/2017 | 3008 | JESSICA MARIE CARR | Claim #: ; Amount Claimed: 575.49; Distribution Dividend: 100.00; | 8200-002 | | $575.49 | $0.00 |
| | | | **SUBTOTALS** | | **$5,506.00** | **$5,506.00** | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29775 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CARR, JESSICA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1671 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Carr, Jessica |
| For Period Beginning: | 8/31/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,506.00 | $5,506.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,506.00 | $5,506.00 | |
| | | | Less: Payments to debtors | | $0.00 | $2,392.47 | |
| | | | **Net** | | $5,506.00 | $3,113.53 | |

**For the period of 8/31/2015 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,689.02 |
| Total Non-Compensable Receipts: | $1,816.98 |
| Total Comp/Non Comp Receipts: | $5,506.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,113.53 |
| Total Non-Compensable Disbursements: | $2,392.47 |
| Total Comp/Non Comp Disbursements: | $5,506.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2016 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,689.02 |
| Total Non-Compensable Receipts: | $1,816.98 |
| Total Comp/Non Comp Receipts: | $5,506.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,113.53 |
| Total Non-Compensable Disbursements: | $2,392.47 |
| Total Comp/Non Comp Disbursements: | $5,506.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-29775 | | Trustee Name: | David Leibowitz |
| Case Name: | CARR, JESSICA MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1671 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Carr, Jessica |
| For Period Beginning: | 8/31/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,506.00 | $5,506.00 | $0.00 |

**For the period of 8/31/2015 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,689.02 |
| Total Non-Compensable Receipts: | $1,816.98 |
| Total Comp/Non Comp Receipts: | $5,506.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,113.53 |
| Total Non-Compensable Disbursements: | $2,392.47 |
| Total Comp/Non Comp Disbursements: | $5,506.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2015 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,689.02 |
| Total Non-Compensable Receipts: | $1,816.98 |
| Total Comp/Non Comp Receipts: | $5,506.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,113.53 |
| Total Non-Compensable Disbursements: | $2,392.47 |
| Total Comp/Non Comp Disbursements: | $5,506.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ